TONY WEST
United States Department of Justice
Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
JULIE S. SALTMAN
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

    P.O. Box 868 Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4252
    Fax: (202) 305-7000
    Julie.Saltman@usdoj.gov

Attorneys for Defendants

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Ana Gessel CORONA,<br>                Plaintiff,<br><br>        v.<br><br>Eric HOLDER, U.S. Attorney General; Consular General, U.S. Consular section of United States Embassy, Abu Dhabi, United Arab Emirates; Hillary CLINTON, Secretary, Department of State; DOE 1-9,<br>                Defendants. | SACV 09-1408-AG(MLGx)<br><br>**ORDER DISMISSING COMPLAINT AND ACTION WITHOUT PREJUDICE** |

//

//

//

Pursuant to the stipulation of the parties IT IS HEREBY ORDERED THAT:

1. Plaintiff's complaint and action should be dismissed without prejudice; and
2. Each party will bear its own costs, fees and expenses.

IT IS SO ORDERED.

Dated: February 26, 2010

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J. GUILFORD